## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John F. Nieszner,

      Plaintiff,                           Civil No. 08-130 (RHK/JSM)

vs.                                    **DISQUALIFICATION AND**
                                                 **ORDER FOR REASSIGNMENT**

Michael Chertoff, Secretary,
Department of Homeland Security
Agency,

      Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 11, 2008

                                                     s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge